1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Kay Moore
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 KAY MOORE,                        ) Case No.: CV 07-5807 PLA
                                     )
12        Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
13 vs.                               ) ATTORNEY FEES PURSUANT TO
                                     ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security,  )
15                                   )
          Defendant.                 )
16 _____ )

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20 the amount of forty-five hundred dollars and zero cents ($4,500.00), as authorized

21 by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE: 3/16/09

23                                  _____
                                    THE HONORABLE PAUL L. ABRAMS
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

-1-